## ALBERT WILEY v. MAN-A-TO-WAH.

1. PLEADINGS—*Construction of Answer*. It is not error for the court to charge that an illegal act has been committed by the defendant, when the answer of the defendant admits the commission of certain acts which must be held illegal.

2. DAMAGES—*Measure of, in False Imprisonment, etc.* It is not error to charge the jury that they are authorized to give exemplary damages, where the elements of fraud, malice, gross negligence, or oppression, mingle in and form part of the cause of action.

—— *Wiley v. Keokuk, ante,* p. 94, (propositions 4 and 5,) cited and followed.

*Error from Douglas District Court.*

ACTION against the plaintiff in error for assault and battery, and false imprisonment. The plaintiff below, ·Iian-a-to-wah, a Sac and Fox Indian, was arrested and imprisoned at the same time, and for the same cause as Keokuk. *Wiley v. Keokuk, ante,* p. 94. The pleadings were the same as in the case cited; and except the question relating to the challenge of a juror, the proceedings, evidence, and instructions were the same as in that case.

The jury found in favor of *Man a-to-wah* and assessed his damages at five hundred dollars. *Wiley* brings the case here for view.

*Riggs, Nevison & Foote*, for plaintiff in error.

*James Christian*, for defendant in error.

The opinion of the court was delivered by

KINGMAN, C. J.:   The errors alleged in this case are precisely the same as those decided in the case of *Wiley v. Keokuk*, ante, 94, with this exception; the question as to the sufficiency of the cause of challenge of the juror does not arise in this case.

For the reasons given in that case, the judgment in this case is affirmed.

SAFFORD, J., concurring.